**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JOHN DOE** | ) |
| | ) Case No. 16-cv-08298 |
| v. | ) |
| | ) Judge Edmund Chang |
| **THE UNIVERSITY OF CHICAGO** | ) |
| | ) JURY TRIAL DEMANDED |
| Defendant | ) |
| | ) |
| | ) |

## PLAINTIFF'S POSITION PAPER CONFIRMING THE COURT'S INTERPRETATION OF PARAGRAPHS 46-48 OF THE AMENDED COMPLAINT

Plaintiff JOHN DOE, by and through his attorneys, Saper Law Offices, LLC, hereby responds to the September 20, 2017 Memorandum Opinion and Order of this Honorable Court (Dkt. No. 76) (the "Order"), and files his position paper regarding the interpretation of Paragraphs 46-48 of Plaintiff's Amended Complaint.

In response to this Court's Order, John Doe states and confirms that this Court's interpretation of Paragraphs 46-48 of the Amended Complaint (Dkt. No. 50), as detailed on pages 11-13, 20-21, 22, and 26-27 of the Order, is correct. John Doe is alleging that Dean Inabinet intentionally encouraged Jane Doe to file a false report against John Doe, knowing that the report was false. Moreover, John Doe believes discovery in this matter will further support and prove these allegations as true.

WHEREFORE, Plaintiff John Doe hereby files this position paper confirming that this Court's interpretation that Dean Inabinet intentionally encouraged Jane Doe to file a false report, knowing that the report was false, is correct.

Dated: September 29, 2017                                         Respectfully submitted,

                                                                                        JOHN DOE

By:   /s/Daliah Saper
One of his attorney's

Daliah Saper (6283932)
Chad Nold (6317549)
Saper Law Offices, LLC
505 N. LaSalle St., Ste 350
(312) 527 – 4100
chad@saperlaw.com
ds@saperlaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing, **PLAINTIFF'S POSITION PAPER CONFIRMING THE COURT'S INTERPRETATION OF PARAGRAPHS 46-48 OF THE AMENDED COMPLAINT**, to be served on the attorneys of record listed below by filing the foregoing electronically using the CM/ECF filing system on this 29th day of September, 2017:

Peter G. Land
Ellen M. Babbitt
Katelan Elizabeth Little
Scott L. Warner
Franczek Radelet P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606

Erik L. Andersen
Cassiday, Schade & Gloor
20 North Wacker Drive, Suite 1000
Chicago, IL 60606-2903

/s/Daliah Saper
An Attorney for Plaintiff John Doe