# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

John Doe
                                    Plaintiff,

v.                                                          Case No.: 1:16–cv–08298
                                                                       Honorable Edmond E. Chang

University of Chicago, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 5, 2017:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Rule 26(a)(1) disclosures are due 10/19/2017. The first round of written discovery requests shall issue no later than 10/19/2017. Fact discovery shall close by 02/05/2018. Defendant's answer to the amended complaint is due 11/02/2017. Plaintiff shall make a settlement demand by 10/19/2017, in a detailed letter explaining the reasonableness of the demand, and taking into account litigation risk, delay, and expense. Defendant shall respond to the demand by 11/06/2017, likewise explaining the reasonableness of the offer, and taking into account the same concerns. Defendant shall email both the demand and the response to the Proposed Order email account on 11/06/2017. Status hearing is set for 12/05/2017 at 10:30 a.m. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.