# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 16-cv-08298 |
| v. | ) | |
| | ) | Judge Edmund Chang |
| UNIVERSITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Defendant the University of Chicago ("University") by its attorneys Franczek Radelet P.C., and Plaintiff John Doe, by and through his attorneys, Saper Law Offices, LLC, pursuant to this Court's minute order dated December 5, 2017, hereby provide the following joint status report:

1. The parties have reached a resolution in principal to this dispute as of December 5, 2017.

2. The parties request approximately two weeks to prepare documentation addressing the resolution and thus request that this Court set another status conference for no earlier than Tuesday, December 19, 2017.

Respectfully submitted,

| THE UNIVERSITY OF CHICAGO | JOHN DOE |
|---|---|
| By: /s/Peter G. Land | By: /s/Daliah Saper |
| One of Its Attorneys | One of His Attorneys |
| | |
| Peter G. Land (06229659) | Daliah Saper |
| pgl@franczek.com | ds@saperlaw.com |
| Katelan E. Little (06309560) | Chad Nold |
| kel@franczek.com | chad@saperlaw.com |
| Franczek Radelet P.C. | Saper Law Offices |
| 300 S. Wacker Drive, Suite 3400 | 505 N. LaSalle, Suite 350 |
| Chicago, IL 60606 | Chicago, IL |
| (312) 986-0300 | (312) 527-4100 |

Dated: December 5, 2017