# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

John Doe

                    Plaintiff,

v.                                      Case No.: 1:16–cv–08298
                                      Honorable Edmond E. Chang

University of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 20, 2017:

       MINUTE entry before the Honorable Edmond E. Chang: In view of the status report, the status hearing of 12/21/2017 is reset to 02/07/2018 at 10:30 a.m. But the litigation track will resume at that status hearing if the stipulated dismissal is not filed by that date. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.