UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

John Doe
                     Plaintiff,

v.                                      Case No.: 1:16−cv−08298
                                       Honorable Edmond E. Chang

University of Chicago, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, February 3, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: The parties are reminded that, at the next status hearing, the litigation track will resume if the stipulated dismissal has not been filed. There were around 2 months remaining on the fact discovery clock when the parties reported the settlement, so that will be the approximate time remaining. The Court also will ask about the status of written discovery. Emailed notice(eec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.