IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 16-cv-08298 |
| v. | ) | |
| | ) | Judge Edmund Chang |
| UNIVERSITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, John Doe, and Defendant, University of Chicago, through their undersigned counsel, submit this Stipulation of Dismissal with Prejudice as to all of their claims in this action pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each side shall bear their own costs in this action.

Date: February 6, 2018

| | |
|---|---|
| JOHN DOE | UNIVERSITY OF CHICAGO |
| | |
| By: /s/Chad Nold | By: /s/Peter G. Land |
| One of Plaintiff's Attorneys | One of Defendant's Attorneys |
| | |
| Chad Nold | Peter G. Land (06229659) |
| Saper Law Offices, LLC | Husch Blackwell LLP |
| 505 N. LaSalle Street, Suite 350 | 120 South Riverside Plaza, Suite 2200 |
| Chicago, Illinois 60654 | Chicago, Illinois 60606 |
| (312) 527-4100 | 312-526-1631 |

1770163.1